AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| Carpenters Pension Trust Fund of Kansas City, et al.<br><br>*Plaintiff*<br>v.<br>Bradford Interior Group, LLC<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 18-414-CV-W-ODS<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    I-rondale M. Bradford
    Registered Agent
    9546 E. 57th Terr.
    Raytown, MO 64133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Arnold, Newbold, Winter & Jackson, P.C.
1100 Main Street., Suite 2001
Kansas City, Missouri 64105

Documents Served: Complaint, Summons, MAP Form

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: May 30, 2018

_____
Signature of Clerk or Deputy Clerk

Civil Action No. 18-414-CV-W-ODS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **I-Rondale Bradford, Registered Agent**
was received by me on *(date)* **May 31, 2018**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **I-Rondale Bradford, RA**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Bradford Interior Group, LLC** on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **125.00** for travel and $ **33.50** for services, for a total of $ **158.50**.

I declare under penalty of perjury that this information is true.

Date: **6/5/18**

*Server's signature*

**Tim Murphy - Private Process Server**
*Printed name and title*

**4819 Mercier, K.C., MO 64111**
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset