IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS PENSION TRUST FUND OF KANSAS CITY, a Trust Fund, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 18-00414-CV-W-ODS |
| vs. | ) ) ) | |
| BRADFORD INTERIOR GROUP, LLC, | ) ) | |
| Defendant. | ) | |

## ORDER AND OPINION (1) GRANTING PLAINTIFFS' MOTION TO STRIKE, AND (2) DIRECTING DEFENDANT TO FILE ANSWER

Pending is Plaintiffs' motion to strike Defendant's answer. Doc. #7. Defendant did not respond to the motion, and the time for doing so has passed.

Plaintiffs ask the Court to strike Defendant's answer (Doc. #4) because it was filed pro se by Rondale Bradford on behalf of the company. "[A] corporation may appear in…federal courts only through licensed counsel." *Rowland v. Ca. Men's Colony*, 506 U.S. 194, 202 (1993) (citations omitted); *see also Carr Enters., Inc. v. United States*, 698 F.2d 952, 953 (8th Cir. 1983) (citations omitted). This rule applies to limited liability companies. *See DZ Bank AG v. Radoncic Servs., LLC*, No. 09–1052–CV–W–FJG, 2010 WL 2349094, at *1 (W.D. Mo. June 8, 2010).

Rondale Bradford is not a licensed attorney, and therefore, cannot represent Defendant pro se in this matter. Accordingly, the Court grants Plaintiffs' motion, and strikes Defendant's answer filed without licensed counsel. Defendant shall have twenty days from the date of this order to properly answer the complaint by obtaining licensed counsel to represent it in this action. Failure to answer will likely result in entry of a default judgment on Plaintiffs' complaint.

The Clerk of the Court is directed to send two copies, one via certified mail and one via regular mail, of this order to:

>Rondale Bradford
>6220 Arlington Ave.
>Raytown, MO 64133
>
>Rondale Bradford
>9546 E. 57th Terr.
>Raytown, MO 64133

IT IS SO ORDERED.

DATE: July 27, 2018

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT