| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) RON P[...] / C. Date of Delivery |
| 1. Article Addressed to:<br><br>Rondale Bradford<br>6220 Arlington Ave<br>Raytown, MO. 64133<br><br>18-CV-414-ODS #12 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number: 7012 3460 0001 7395 8507 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |