IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS PENSION TRUST FUND OF KANSAS CITY, a Trust Fund, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 18-00414-CV-W-ODS |
| vs. | ) ) ) | |
| BRADFORD INTERIOR GROUP, LLC, | ) ) | |
| Defendant. | ) | |

## ORDER DIRECTING DEFENDANT TO SHOW CAUSE

On February 15, 2019, Plaintiffs filed their Motion for Judgment by Default by the Court (Pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure). Doc. #21. Defendant's deadline to respond to the motion was March 1, 2019. As of today's date, no response has been filed. The Court would prefer for Defendant to file a response before it rules on the motion. Therefore, the Court directs Defendant to show cause why the Court should not grant Plaintiffs' motion. Defendant's response should be filed on or before May 3, 2019. If Defendant fails to respond by that date, the Court will deem the motion ripe for consideration and issue a ruling in due course.

The Clerk of the Court is directed to send two copies, one via certified mail and one via regular mail, of this order to:

Rondale Bradford
6220 Arlington Ave.
Raytown, MO 64133

Rondale Bradford
9546 E. 57th Terr.
Raytown, MO 64133

IT IS SO ORDERED.

DATE: April 22, 2019

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT