IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND OF KANSAS CITY, a Trust Fund, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRADFORD INTERIOR GROUP, LLC, <br><br> Defendant. | Case No. 18-00414-CV-W-ODS |

## ORDER (1) GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT, AND (2) ENTERING DEFAULT JUDGMENT AGAINST DEFENDANT

This matter was instituted in May 2018. Doc. #1. On July 27, 2018, the Court struck Rondale Bradford's pro se answer filed on behalf of Defendant Bradford Interior Group, LLC. Doc. #10. The Court ordered Defendant to file, through licensed counsel, an answer to Plaintiffs' complaint by August 16, 2018. Doc. #10. Defendant filed no response. Accordingly, the Court found Defendant in default. Doc. #11. The Court also ordered Defendant to submit its books, records, and other financial documents to Plaintiffs so that they may be examined and an accounting performed. *Id.*

On February 15, 2019, Plaintiffs filed the pending motion for default judgment. Doc. #21. After Defendant failed to timely respond to the motion, the Court directed Defendant to show cause why the relief sought by Plaintiffs should not be granted. Doc. #22. The Court ordered Defendant to respond on or before May 3, 2019, but no response was filed. Therefore, Plaintiffs' motion is ripe for consideration.

According to the evidence submitted by Plaintiffs, Defendant agreed to be bound by the terms and conditions of collective bargaining agreements. Yet, Defendant owes unpaid fringe benefit contributions, liquidated damages, interest, audit costs, and reasonable attorneys' fees. Docs. #21, 21-1, 21-2, 21-3, 21-4, 21-5. After careful consideration of Plaintiffs' motion and supporting exhibits, the Court grants Plaintiffs' motion. The Court enters a final judgment in favor of Plaintiffs and against Defendant as follows:

(1) In favor of Plaintiff Carpenters District Council of Kansas City Pension Fund and against Defendant in the total amount of $98,189.84, which represents unpaid fringe benefit contributions from October 21, 2016, through September 11, 2018 ($71,524.98), liquidated damages ($14,305.00), interest on unpaid contributions ($4,470.25), reasonable attorneys' fees ($5,347.36), and audit costs ($2,542.25).

(2) In favor of Plaintiff Carpenters Health and Welfare Trust Fund of St. Louis and against Defendant in the total amount of $94,399.14, which represents unpaid fringe benefit contributions from October 21, 2016, through September 11, 2018 ($70,267.00), liquidated damages ($14,053.40), interest on unpaid contributions ($4,283.68), reasonable attorneys' fees ($3,297.54), and audit costs ($2,497.52).

(3) In favor of Plaintiff Carpenters Vacation Trust Fund of St. Louis and against Defendant in the total amount of $10,294.66, which represents unpaid fringe benefit contributions from October 21, 2016, through September 11, 2018 ($7,859.82), liquidated damages ($1,571.96), interest on unpaid contributions ($494.41), reasonable attorneys' fees ($89.11), and audit costs ($279.36).

(4) In favor of Plaintiff St. Louis-Kansas City Carpenters Regional Council and against Defendant in the total amount of $12,580.45, which represents unpaid dues from October 21, 2016, through September 11, 2018 ($12,148.65), and audit costs ($431.80).

The Clerk of the Court is directed to send two copies, one via certified mail and one via regular mail, of this order to:

Rondale Bradford
6220 Arlington Ave.
Raytown, MO 64133

Rondale Bradford
9546 E. 57th Terr.
Raytown, MO 64133

IT IS SO ORDERED.

DATE: May 13, 2019

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT